UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES WYMER,

        Plaintiff,

-vs-                                               Case No. 6:13-cv-1521-Orl-28DAB

STATE OF FLORIDA,

        Defendant.
_____

## ORDER

This case is before the Court on Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. No. 2) filed October 2, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's objections to the Report and Recommendation (Doc. No. 6), the objections are **OVERRULED**. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed October 4, 2013 (Doc. No. 3) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    Plaintiff's Motion for Leave to Proceed in Forma Pauperis is **DENIED**. Plaintiff may file an Amended Complaint within fourteen (14) days from the date of this Order if he can set forth a proper basis for this Court's jurisdiction. If Plaintiff chooses to file an Amended Complaint, he may re-file his Motion to Proceed In Forma Pauperis or pay the filing fee within fourteen (14) days of the date of this Order. Plaintiff's failure to file an

Amended Complaint within the time allowed herein, will result in the dismissal of the Complaint for lack of jurisdiction.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __16__ day of October, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party